UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-5372-MWF (KK) | Date | March 27, 2015 |
|---|---|---|---|
| Title | Jesus D. Navarro v. W.L. Montgomery, Warden | | |

| Present: The Honorable | **Kenly Kiya Kato, United States Magistrate Judge** | | |
|---|---|---|---|
| Deb Taylor | None Appearing | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Petitioner:    Attorneys Present for Respondent:

None Appearing              None Appearing

**Proceedings:**   **(IN CHAMBERS) Order to Show Cause Why *Kelly* Stay Should Not Be Vacated for Failure to File a Status Report**

On September 25, 2014, the Court issued an Order granting Petitioner's request for a *Kelly* stay and requiring Petitioner to file a status report by December 23, 2014 and every 90 days thereafter. (ECF Docket No. ("dkt.") 13). In the status report, Petitioner was to address the status of Petitioner's exhaustion efforts in state court.

Petitioner failed to file a status report by December 23, 2014. Hence, on February 27, 2015, the Court issued an Order requiring Petitioner to file a status report according to the instructions in the September 25, 2014 Order, by March 13, 2015. (Dkt. 14). In the Order, the Court cautioned Petitioner that failure to file the status report by March 13, 2015 would result in the Court vacating the *Kelly* stay and prohibiting Petitioner from raising any new claims in this action.

Two weeks have passed since the March 13, 2015 deadline, and Petitioner has failed to file a status report. Nor has Petitioner made any other communication with the Court. Petitioner is therefore in violation of the Court's February 27, 2015 Order. As such, Petitioner is **ORDERED TO SHOW CAUSE** by **April 10, 2015** as to why the *Kelly* stay should not be vacated and why Petitioner should not be prohibited from raising new claims in this action, for failure to comply with the Court's Order to file a status report. Petitioner may discharge this Order to Show Cause by filing the required status report by **April 10, 2015**.

**Petitioner is expressly warned that failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders and failure to prosecute.  See Fed. R. Civ. P. 41(b).**