UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-5372-MWF (KK) | Date | January 25, 2016 |
|---|---|---|---|
| Title | Jesus D. Navarro v. W.L. Montgomery, Warden | | |

| Present: The Honorable | **Kenly Kiya Kato, United States Magistrate Judge** | |
|---|---|---|
| Deb Taylor | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Why *Kelly* Stay Should Not Be Vacated for Failure to File a Status Report**

On July 16, 2015, the Court issued an Order reinstating the Kelly stay that had been granted on September 25, 2014 and requiring Petitioner to file a status report by October 12, 2015 and every 90 days thereafter. ECF Docket No. ("dkt.") 23. In the status report, Petitioner was to address the status of Petitioner's exhaustion efforts in state court. See id. at 3. Petitioner was expressly warned that if he failed to act diligently in seeking to exhaust his state court remedies or to file the required status reports, "the Court may vacate the stay and prohibit Petitioner from raising any new claims in this action." Id.

Petitioner's last status report was filed on October 6, 2015. A status report was, thus, due on or about January 4, 2016.

Three weeks have passed since the January 4, 2016 deadline, and Petitioner has failed to file a status report. Nor has Petitioner made any other communication with the Court. Petitioner is therefore in violation of the Court's July 16, 2015 Order. As such, Petitioner is **ORDERED TO SHOW CAUSE** by **February 16, 2016** as to why the Kelly stay should not be vacated and why Petitioner should not be prohibited from raising new claims in this action, for failure to comply with the Court's Order to file a status report. Petitioner may discharge this Order to Show Cause by filing the required status report by **February 16, 2016**.

**Petitioner is expressly warned that failure to timely file a response to this Order will result in this action being dismissed with prejudice for his failure to comply with Court orders and failure to prosecute. See Fed. R. Civ. P. 41(b).**