JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS D. NAVARRO, | Case No. CV 14-5372-MWF (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: January 30, 2017

HON. MICHAEL W. FITZGERALD
United States District Judge